In the Matter of the Accounting of THOMAS F. REDMOND, as Executor of JAMES REDMOND, Deceased, Appellant.

G. & W. M. WILCOXEN, Respondent.

*Matter of Redmond*, 97 App. Div. 640, affirmed.
(Submitted January 11, 1905; decided January 31, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 4, 1904, which affirmed an order of the Seneca County Surrogate's Court directing the commitment of the executor herein for contempt.

*George L. Buchman* for appellant.

*G. & W. M. Wilcoxen* respondent in person.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.